

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2004 NOV -9 PM 2: 06

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-198<br>(CA 04-1482) |
| KENNON BRADFORD | SECTION: L |

### JUDGMENT

Considering the Court's Order & Reasons entered herein on November 5, 2005, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of the United States of America, and against defendant, Kennon Bradford, denying said defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 USC 2255.

New Orleans, Louisiana, this ___ day of November, 2004.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV - 9 2004

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No. 85