IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED  NOV 2 2 2004

LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA,
                    RESPONDANT.

VS.

KENNON BRADFORD,
                    PETITIONER.

Criminal
CASE No: 00-198  L ③
        (CA 04-1482)

## MOTION FOR EXTENSION OF TIME

COMES NOW, PETITIONER KENNON BRADFORD, pro se AND INFORMA PAUPERIS AND WITH RESPECT REQUESTS THAT THIS COURT GRANT PETITIONER EXTENSION OF TIME TO PROPERLY PREPARE HIS MOTION FOR RECONSIDERATION OF THE COURT'S FINAL JUDGMENT ON PETITIONER 28 U.S.C SECTION 2255 MOTION FOR THE FOLLOWING REASON'S:

### I.

THE PETITIONER IS IN THE PROCESS OF being TRANSFER to ANOTHER B.O.P PRISON.

### II.

THE PETITIONER IS HOUSED IN THE SPECIAL HOUSING UNIT "SHU" IN ADMINISTRATIVE DETENTION PENDING TRANSFER.

### III.

By THE PETITIONER being PLACED IN THE SPECIAL HOUSING UNIT "SHU" THERE IS NO ACCESS TO THE PROPER LEGAL SUPPLIES AND MATERIAL THATS NEEDED TO PROPERLY PREPARE HIS MOTION FOR RECONSIDERATION.

THEREFORE, THE PETITIONER RESPECTFULLY REQUEST THIS COURT TO GRANT HIS MOTION FOR EXTENSION OF TIME.

NOVEMBER 17, 2004

___ Fee_____
___ Process____
_X_ Dktd____ ___
_X_ CtRmDep._____
    Doc. No._____

RESPECTFULLY SUBMITTED,

KENNON BRADFORD # 26436-034
U.S.P - POLLOCK
P.O Box 2099
POLLOCK, LA 71467

# CERTIFICATE OF SERVICE

PETITIONER HEREIN CERTIFY THAT A TRUE AND
CORRECT COPY OF THE FORGOING MOTION FOR EXTENSION
OF TIME WAS TIMELY FILED UPON THE UNITED STATES
ATTORNEY OFFICE, by being PLACED IN THE INSTITUTIONAL
LEGAL MAIL BOX ADDRESSED AND POSTAGE ON THIS 18th
DAY OF NOVEMBER, 2004

Kevin L By /
KENNON BRADFORD
#26436-034
U.S.P - Pollock
P.O Box 2099
Pollock, LA 71467





Kennon Bradford #26136-034
United States Penitentiary-Pollock
P.O. Box 2099
Pollock, La 71467

Legal Mail

United States District Court
Eastern District of Louisiana
Clerk of Court Office
500 Camp Street
New Orleans, Louisiana   70130

70130+3302