IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Respondent, | § § | |
| -V- | § § | Case No. 00-198 |
| KENNON BRADFORD, | § § | (CA 04-1482) |
| Petitioner. | § § | Setion: L |

TIMELY NOTICE OF APPEAL, REQUEST FOR CERTIFICATE OF APPEALABILITY
AND MOTION FOR INFORMA PAUPERIS STATUS ON APPEAL

COMES NOW, Petitioner Kennon Bradford, pro se and informa pauperis, to respectfully move this Honorable Court for a Certificate of Appealability, give timely notice of appeal, and to move the court for grant of informa pauperis status on appeal. In support of this Motion, Petitioner states the following facts.

1. Petitioner is being housed in segregation within the United States Penitentiary, and is unable to work for any monitary gain within the segregation unit.

2. That the issues presented by petitioner are of a constitutional violation, and warrant de novo review on appeal.

3. That jurist of reason could have reached a different outcome upon the issues presented.

4. That the issues were not reached upon the merits as required by law.

Page 1.

5.  That Petitioner is without means by which to pay any cost of appeal, and should be granted informa pauperis status for appeal.

For the foregoing reasons and facts, Petitioner moves this Honorable Court for the grant of a Certificate of Appeal, permission to appeal informa pauperis, and gives timely notice of intent to appeal, thereby seeking an appeal briefing schedule.

Respectfully submitted on this 17th day of December, 2004.

*[signature]*

**Kennon Bradford, # 26436-034**
United States Penitentiary
Post Office Box 2099
Pollock, Louisiana 71467

Page 2.

## CERTIFICATE OF SERVICE

Petitioner herein, Kennon Bradford, certify that a true and correct copy of the foregoing was served upon the United States Attorney's Office, by being placed in the institutional legal mail with the appropriate first class postage attached thereto, and addressed appropriately on this 17th day of December, 2004.

*[signature]*