


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-198 |
| KENNON BRADFORD | SECTION "L" (3) |

### CERTIFICATE OF APPEALABILITY

A notice of appeal from a final order in a proceeding under Title 28 U.S.C. 2255 has been filed. Considering the record in the case and the requirement of Title 28 U.S.C. § 2253, the court hereby orders that:

[✓] a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s): Counsel's failure to object to the warrantless search of the rental car and subsequent seizure of the firearm

[ ] a certificate of appealability shall not be issued for the following reason(s):

Date: January 4, 2005

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
X   Dktd ___
___ CtRmDep ___
___ Doc. No 88

DATE OF ENTRY
JAN - 5 2005