UNITED STATES DISTRICT COURT
FOR THE Eastern District Of Louisiana

APPLICATION TO PROCEED IN FORMA PAUPERIS

Kennon Bradford

FILED JAN 14 2005

LORETTA G. WHYTE
CLERK    CASE NO. 00-CR-198L

V.

United States

I, Kennon L. Bradford, declare that I am the petitioner in the above entitled proceeding; that, in support of my request to proceed without being required to repay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief.

In further support of this application, I answer the following questions;

1. Are you presently employed?  YES ( )   NO (X)

   a. If answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer.
( LIST BOTH GROSS AND NET SALARY) I have not been employed since 1990 and I don't remember what my salary was. But I use to work for Godfather's Pizza in New Orleans, La

   b. If the answer is "no" state the date of last employment and the amount of salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources:

   a. Business, profession or other form of self employment?
      YES ( )   NO (X)

   b. Rent payments, interest or dividends?  YES ( ) NO (X)

   c. Pensions, annuities or life insurance payments?
      YES ( )  NO (X)

___ Fee_____
___ Process
X   Dktd
___ CtRmDep
___ Doc. No. 89

If the answer is "YES" explain each source during the past twelve months. _____

_____

3. Do you own any cash or do you have money in checking or savings accounts? Include funds in prison accounts.
    If the answer is "YES" state the total of the items owned. I do not have a checking or savings accounts. But I do have money in my prison account that my family send me. My family is my only source of income.

4. Do you own or have any interest in real estates, stocks, bonds, notes, automobiles or other valuable property? YES ( ) NO (X)
    If the answer is "YES" describe the property and state its approximate value. _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute towards their support. Kennon Bradford(son), Kendell Bradford(son), Keywine Bradford(son), Kendrick Bradford(son), Kentoya Bradford (daughter) Kenari Jones(daughter)

I declare under penalty of perjury that the foregoing is true and correct.

1-12-05                                  /s/ [signature]
DATE EXECUTED                             APPLICANT

I certify that applicant named herein has the sum of $457.65 on account to his credit at the USP Pollock, Louisiana institution where he is confined, I further certify that the applicant likewise has the following securities to his credit according to the records of said institution None
I further certify that during the last six months the applicant's average balance was $233.36

                                [signature] Counselor
                    AUTHORIZED OFFICER OF INSTITUTION