

```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2005 JAN 24  PM 1:51
                              COPY IN CHAMBERS
                               LORETTA G. WHYTE
                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NUMBER: 00-198

KENNON BRADFORD                         SECTION: L

## ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

**IT IS ORDERED** that:

[X] the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

[ ] the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ] the motion is DENIED; the party is not entitled to proceed *in forma pauperis* for the listed reasons: _____
_____
_____

New Orleans, Louisiana, this 24th day of January, 2005.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 2 4 2005

___ Fee____
___ Process___
 X  Dktd___ 90
 ✓  CtRmDep___ 90
___ Doc. No ___ 90