AO 240 (EDLA Rev 8/02)

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

FILED JAN 20 2005

LORETTA G. WHYTE
CLERK

__Kennon Bradford__
Plaintiff

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

V.

__USA__
Defendant

CASE NUMBER __00-CR-198 L__

I, __Kennon L. Bradford__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __United States Penitentiary - Pollock__

   Are you employed at the institution? __No__    Do you receive any payment from the institution? __No__

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __I have not been employed since 1990 and I don't remember what my salary and wages was but I worked at Godfathers Pizza, New Orleans Louisiana__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends            ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☒ Yes    ☐ No

   Fee ____
   Process ____
   X Dktd ____
   CtRmDep ____
   Doc. No. __91__

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive. __My family send me money when they can. There is no set amount as to how much money they send me. They just send me what they can.__

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

| Name | Relationship | Amount Contributed for Support |
|---|---|---|
| Kennon Bradford | Son | I do whatever I can when I get enough money to send to them. I also have 2 other children that depend on me beside the that I have listed |
| Kendell Bradford | Son | |
| Kenfoya Bradford | Daughter | |
| Keywine Bradford | Son | |
| Kendrick Bradford | Son | |

I declare under penalty of perjury that the above information is true and correct.

1-3-05
_____
Date

_____
Signature of Applicant

---

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, __Kennon Bradford #26436-034__, has a present inmate account balance of $ __457.65__ at the __USP Pollock__ institution. I further certify that the average monthly deposits for the preceding six months is  $ __114.00__

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month  This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six)

I further certify that the average monthly balance for the prior six months is  $ __221.77__

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month  This is to be repeated for each of the six prior months  The balance from each of the six months are to be added together and the total is to be divided by six)

1/10/05
_____
Date Certified

_____ B-1 C/C
Authorized Officer of Institution

I/m Recieved this on 1-13-05  D. Dixon B4CC
I/m will mail Out on 1/18/05  (DD) Counsler B-3



Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

COLLIN E. JOSEPH
A39-408-939
Plaquemines Parish Prison
110 Prison Road
Braithwaite, LA 70040