```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 2 4 2005

LORETTA G. WHYTE
        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-198 |
| KENNON BRADFORD | SECTION: L |

### ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

**IT IS ORDERED** that:

[✓] the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

[ ] the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ] the motion is DENIED; the party is not entitled to proceed *in forma pauperis* for the listed reasons: _____

_____

New Orleans, Louisiana, this _____ day of _____,
20___.

_____
UNITED STATES DISTRICT JUDGE

```
Fee____
Process____
X  Dktd____
✓  CtRmDep____
   Doc. No  92
```

```
DATE OF ENTRY
JAN 27 2005
```