```
                                                   FILED
                                            U.S. DISTRICT COURT
                                          EASTERN DISTRICT OF LA

                                            2005 MAY -3  PM 1:26

                                              LORETTA G. WHYTE
                                                   CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00-198**<br>(Civil Action #04-1482 |
| **KENNON BRADFORD** | **SECTION "L"(3)** |

### ORDER

The Court is in receipt of Petitioner Kennon Bradford's Motion For Extension of Time to prepare his motion for reconsideration of the Court's November 4, 2005 denial of the Petitioner's habeas motion. Since filing said Motion for Extension of Time, Petitioner filed for a certificate of appealability, which the Court ordered on January 4, 2005. Subsequently, the Petitioner appealed to the Fifth Circuit. Due to the fact that the Petitioner has an appeal pending before the Fifth Circuit and is therefore not filing a motion with this Court for reconsideration of the Court's November 4, 2005 Order and Reasons, IT IS ORDERED that Petitioner's Motion for Extension of Time is MOOT.

New Orleans, Louisiana, this 3 day of May, 2005.

UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___
```