U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  AUG 15 2006
LORETTA G. WHYTE
CLERK

United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**F I L E D**
June 21, 2006

Charles R. Fulbruge III
Clerk

---

No. 05-30070
Conference Calendar

---

D.C. Docket No. 2:00-CR-198-ALL
2:04-CV-1482

UNITED STATES OF AMERICA

    Plaintiff - Appellee

  v.

KENNON BRADFORD

    Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before STEWART, DENNIS and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: AUG 15 2006

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana  AUG 15 2006