U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   AUG 15 2006

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 15, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 05-30070 USA v. Bradford
         USDC No. 2:00-CR-198-ALL
              2:04-CV-1482

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 4 ) Volumes    ( 2 ) Envelopes    ( ) Boxes
                (1-SEALED)

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

           By: _____
                    Dawn D. Victoriano, Deputy Clerk
                    504-310-7717

cc: (letter only)
    Honorable Eldon E Fallon
    Mr Kennon Bradford
    Mr John Francis Murphy

MDT-1

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____