U. S. DISTRICT COURT
Eastern District of Louisiana

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUL 16 2007

LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                      Docket No. 00-198 L (3)

KENNON BRADFORD,
        Defendant.
_____/

### NOTICE OF APPEAL

COMES NOW, Petitioner KENNON BRADFORD, *pro-se*, with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure on the District Court's judgment entered on June 26, 2007.

Done this 9, day of July, 2007

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 9 day of July, 2007, I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

Respectfully submitted,

Kennon Bradford
Reg. 26436-034
USP Springfield
P.O. Box 4000
Springfield, MO 65801

TENDERED FOR FILING

JUL 16 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
X Dktd _____
X CtRmDep _____
___ Doc No. _____

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY that a true and correct copy of the Notice of Appeal was mailed to:

A.U.S.A. John Murphy, Esq., 501 Magazine Street, 2nd Floor, New Orleans, Louisiana, 70130,

by placing the same in the Federal Prison Legal Mail Box with sufficient First Class Postage.

Done this ____, day of July 2007

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this ____ day of July 2007, I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

Kennon Bradford
Reg. 26436-034
USP Springfield
P.O. Box 4000
Springfield, MO 65801



Kennon Bradford
Reg. 26436-034
USP Springfield
P.O. Box 4000
Springfield, MO 65801

Legal Mail

U.S. Courthouse C-151
Att: Clerk of Courts
500 Poydras Street
New Orleans, LA 70130