U. S. DISTRICT COURT
Eastern District of Louisiana

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUL 1 6 2007

LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                      Docket No.: 00-198 L (3)

KENNON BRADFORD,
        Defendant.
_____/

### PETITIONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO TITLE 28 U.S.C. 1915

COMES NOW PETITIONER, KENNON BRADFORD, *pro-se,* (hereinafter Mr. BRADFORD) and respectfully moves this Honorable Court for leave to proceed *in forma pauperis,* in accordance with the provisions of Title 28, United States Code, Section 1915, and the Rules of his Court.

The affidavit of Mr. BRADFORD, in support of this motion is attached hereto. Presented herewith is Mr. BRADFORD'S Motion requesting a Notice of Appeal in the District Court.

I, KENON BRADFORD, being first duly sworn according to law, depose and say that I am the Petitioner in the above-entitled cause, and in support of my application for leave to proceed without being required I prepay costs or fees, state: (A) because of my poverty I am unable to pay the cost of the cause; (B) I am unable to give security for the same; (C) I believe that I am entitled to the redress I seek in the cause; (D) this review is sought in good faith; (E) the nature of the cause is stated as a an appeal of the District Court's denial of Petitioner's Rule 60(b)(6) motion, (F) the petition raises substantial questions of constitutional law, as set forth more fully in my motion filed herewith.

**TENDERED FOR FILING**

JUL 1 6 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the costs of prosecuting the appeal are true.

1) I am presently unemployed.

2) I have not received within the last 12 months any income from a business, profession of other form of self-employment, in the form of rent payments, interest, dividend, or other source.

3) I do not own cash or a checking or savings account.

4) I do not own any real estate, stocks, bonds, notes, automobiles, or other valuable property.

5) I have no persons dependent on me for support.

6) I have read the foregoing and state that it is true and correct.

Done this 9, day of July 2007

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 9 day of July 2007, I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

Respectfully submitted,

Kennon Bradford
Reg. 26436-034
USP Springfield
P.O. Box 4000
Springfield, MO 65801

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY that a true and correct copy of IFP Motion was mailed to: A.U.S.A. John Murphy, Esq., 501 Magazine Street, 2nd Floor, New Orleans, Louisiana, 70130, by placing the same in the Federal Prison Legal Mail Box with sufficient First Class Postage.

Done this 4, day of July 2007

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 7 day of July 2007 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

Respectfully submitted,

Kennon Bradford
Reg. 26436-034
USP Springfield
P.O. Box 4000
Springfield, MO 65801

**TENDERED FOR FILING**

JUL 1 6 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

3



Kennon Bradford
Reg. 26436-034
USP Springfield
P.O. Box 4000
Springfield, MO 65801

Legal Mail

U.S. Courthouse C-151
Att: Clerk of Courts
500 Poydras Street
New Orleans, LA 70130