UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 AUG 16 AM 7:25
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

VERSUS

KENNON BRADFORD

CRIMINAL ACTION

NUMBER: 00-198

SECTION: L

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

[X] the motion is GRANTED; the party is entitled to proceed in forma pauperis.

[ ] the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ] the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _____

New Orleans, Louisiana, this 14th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No___