FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 21 PM 3:48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA            CRIMINAL ACTION

VERSUS                               NO. 00198

KENNON BRADFORD                      SECTION "L" (3)

## CERTIFICATE OF APPEALABILITY

A notice of appeal from a final order in a proceeding under Title 28 U.S.C. 2255 has been filed. Considering the record in the case and the requirement of Title 28 U.S.C. § 2253, the court hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s): The Defendant has failed to make a substantial showing of the denial of a Constitutional right. The Defendant has failed to show that reasonable jurists could debate whether the motion should have been resolved in a different manner or that the issue presented was adequate to deserve encouragement to proceed further.

Date: August 20, 2007

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____