U. S. DISTRICT COURT
Eastern District of Louisiana
FILED AUG 27 2007
LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                                              Docket No. 00-198  L(3)

KENNON BRADFORD,
        Defendant.
_____/

## NOTICE OF APPEAL

COMES NOW, Petitioner KENNON BRADFORD, *pro-se*, with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure on the District Court's judgment entered on June 26, 2007.

Done this ____, day of August 2007

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this ____ day of August 2007, I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

Respectfully submitted,

_____
Kennon Bradford
Reg. 26436-034
USP Springfield
P.O. Box 4000
Springfield, MO 65801

TENDERED FOR FILING

AUG 27 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___Fee_____
___Process___
_X_Dktd_____
_X_CtRmDep__
___Doc. No.___

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY that a true and correct copy of the Notice of Appeal was mailed to:

A.U.S.A. John Murphy, Esq., 501 Magazine Street, 2nd Floor, New Orleans, Louisiana, 70130,

by placing the same in the Federal Prison Legal Mail Box with sufficient First Class Postage.

Done this __16__, day of August 2007

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this __16__ day of August 2007, I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

Kennon Bradford
Reg. 26436-034
USP Springfield
P.O. Box 4000
Springfield, MO 65801

# UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

<u>United States of America</u>
Plaintiff

V.

<u>Kennon Bradford</u>
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 00-198 L (3)

I, <u>Kennon Bradford</u>, declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration <u>Medical Center for Federal Prisoners, P.O. Box 4000, Springfield, MO, 65801</u>
   Are you employed at the institution? <u>No</u>   Do you receive any payment from the institution? <u>No</u>
   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes    ☒ No
   d. Disability or workers compensation payments     ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☒ Yes    ☐ No

If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive. <u>My family send me money when they can. I have no set amount of what they send to me.</u>

TENDERED FOR FILING
AUG 27 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes  ☐ No

   If "Yes," state the total amount.  $2,400

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

| Name | Relationship | Amount Contributed for Support |
|---|---|---|
| Kennon Bradford, Jr. | Son | I have six kids that depend on me. There's no set amount of what is contribute. I give what I have when they need it. |
| Kentoya Bradford | daughter | |
| Kendell Bradford | son | |
| Keywine Bradford | son | |
| Kendrick Bradford | son | |
| Kenari Bradford | daughter | |

I declare under penalty of perjury that the above information is true and correct.

7-26-07                                       K_B_
Date                                          Signature of Applicant

---

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, __Bradford, Kennon #26436-034__, has a present inmate account balance of $ __978.67__ at the __USMCFP__ institution. I further certify that the average monthly deposits for the preceding six months is  $ _____

he average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by
e number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months
e to be added together and the total is divided by six).

I further certify that the average monthly balance for the prior six months is   $ _6 month Avg daily Balance = 375.28_

ie average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the
nber of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to
added together and the total is to be divided by six).

08-03-07                                      K. Weaver  Counselor
Date Certified                                Authorized Officer of Institution

# Inmate Statement

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Inmate Reg #: | 26436034 | | | | Current Institution: | Springfield MCFP | | |
| Inmate Name: | BRADFORD, KENNON | | | | Housing Unit: | SPG-M-M | | |
| Report Date: | 08/03/2007 | | | | Living Quarters: | M01-008L | | |
| Report Time: | 3:06:04 PM | | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 8/2/2007 8:10:15 AM | 17 | | | Sales | ($0.85) | | $978.76 |
| SPG | 7/26/2007 2:09:48 PM | | 946 | | Subscriptions | ($14.97) | | $1,000.81 |
| SPG | 7/26/2007 2:09:48 PM | | 949 | | Bills | ($21.20) | | $979.61 |
| SPG | 7/26/2007 7:45:09 AM | 4 | | | Sales | ($1.90) | | $1,015.78 |
| SPG | 7/12/2007 8:24:12 AM | 14 | | | Sales | ($1.90) | | $1,017.68 |
| SPG | 7/10/2007 2:42:28 PM | | 872 | | Gift | ($100.00) | | $1,019.58 |
| SPG | 7/10/2007 2:42:27 PM | | 871 | | Outside Savings | ($127.55) | | $1,119.58 |
| SPG | 7/5/2007 8:47:51 AM | 35 | | | Sales | ($1.70) | | $1,247.13 |
| SPG | 6/29/2007 5:08:30 PM | 33319507 | | | Western Union | $900.00 | | $1,248.83 |
| SPG | 6/28/2007 8:10:06 AM | 28 | | | Sales | ($1.05) | | $348.83 |
| SPG | 6/22/2007 2:31:04 PM | | 830 | | Gift | ($100.00) | | $349.88 |
| SPG | 6/22/2007 2:31:02 PM | | 824 | | Gift | ($100.00) | | $449.88 |
| SPG | 6/21/2007 8:23:41 AM | 25 | | | Sales | ($5.25) | | $549.88 |
| SPG | 6/20/2007 6:07:28 PM | 33318807 | | | Western Union | $250.00 | | $555.13 |
| SPG | 6/14/2007 8:09:34 AM | 19 | | | Sales | ($6.05) | | $305.13 |
| SPG | 6/11/2007 3:09:13 PM | 33318107 | | | Western Union | $30.00 | | $311.18 |
| SPG | 6/8/2007 8:17:10 AM | 33 | | | Sales | ($14.40) | | $281.18 |
| SPG | 5/30/2007 12:42:46 PM | | 743 | | Subscriptions | ($12.00) | | $295.58 |
| SPG | 5/25/2007 8:49:17 AM | 30 | | | Sales | ($14.30) | | $307.58 |
| SPG | 5/18/2007 8:23:52 AM | 26 | | | Sales | ($14.35) | | $321.88 |
| SPG | 5/11/2007 8:30:19 AM | 24 | | | Sales | ($6.15) | | $336.23 |
| SPG | 5/8/2007 3:07:42 PM | 33315707 | | | Western Union | $275.00 | | $342.38 |
| SPG | 5/4/2007 8:23:18 AM | 27 | | | Sales | ($6.25) | | $67.38 |
| SPG | 5/2/2007 3:09:17 PM | 33315307 | | | Western Union | $50.00 | | $73.63 |
| SPG | 5/1/2007 2:42:41 PM | 0071 | | | Photo Copies | ($5.60) | | $23.63 |
| SPG | 4/27/2007 1:01:36 PM | | 647 | | Bills | ($12.00) | | $29.23 |
| SPG | 4/27/2007 8:14:49 AM | 21 | | | Sales | ($6.10) | | $41.23 |
| SPG | 4/20/2007 8:45:39 AM | 25 | | | Sales | ($6.15) | | $47.33 |
| SPG | 4/13/2007 8:25:33 AM | 33 | | | Sales | ($14.05) | | $53.48 |
| SPG | 4/6/2007 8:19:13 AM | 32 | | | Sales | ($5.65) | | $67.53 |
| SPG | 4/5/2007 8:36:48 AM | | 552 | | Subscriptions | ($12.90) | | $73.18 |
| SPG | 3/23/2007 8:44:59 AM | 27 | | | Sales | ($8.50) | | $86.08 |
| SPG | 3/16/2007 8:51:28 AM | 30 | | | Sales | ($19.50) | | $94.58 |
| SPG | 3/14/2007 10:06:14 AM | | | | Outside Savings | $0.00 | | $114.08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPG | 3/14/2007 10:06:12 AM | | 495 | Outside Savings | ($200.00) | $114.08 |
| SPG | 3/8/2007 1:26:52 PM | | 469 | Bills | ($22.00) | $314.08 |
| SPG | 3/8/2007 1:26:48 PM | | 468 | Bills | ($27.20) | $336.08 |
| SPG | 3/7/2007 6:59:07 PM | 122 | | Sales | ($5.40) | $363.28 |
| SPG | 3/4/2007 5:16:42 AM | 70177902 | | Lockbox - CD | $200.00 | $368.68 |
| SPG | 2/28/2007 6:20:53 PM | 83 | | Sales | ($25.15) | $168.68 |
| SPG | 2/21/2007 7:16:10 PM | 105 | | Sales | ($45.15) | $193.83 |
| SPG | 2/16/2007 2:21:07 PM | | 426 | Subscriptions | ($24.00) | $238.98 |
| SPG | 2/16/2007 2:21:07 PM | | 425 | Subscriptions | ($24.97) | $262.98 |
| SPG | 2/7/2007 4:08:25 PM | 33309307 | | Western Union | $140.00 | $287.95 |
| SPG | 2/7/2007 3:08:39 PM | 33309307 | | Western Union | $125.00 | $147.95 |
| SPG | 1/25/2007 3:30:45 PM | | 325 | Bills | ($27.20) | $22.95 |
| SPG | 1/24/2007 6:45:15 PM | 68 | | Sales | ($33.20) | $50.15 |
| SPG | 1/22/2007 2:26:39 PM | | 316 | Subscriptions | ($19.95) | $83.35 |
| SPG | 1/18/2007 3:08:52 PM | | 300 | Outside Savings | ($250.00) | $103.30 |
| SPG | 1/17/2007 6:12:18 PM | 77 | | Sales | ($17.00) | $353.30 |

1 2

**Total Transactions: 70**

                                        **Totals:**  **$943.81**  **$0.00**

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $978.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $978.76 |
| Totals: | $978.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $978.76 |





Kennon Bradford
Reg. 26436-034
USP Springfield
P.O. Box 4000
Springfield, MO 65801

C-151- Hale Boggs Fed. Bldg.
500 Poydras Street
New Orleans, LA 70130
ATT: Clerk

Legal Mail