U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 1 0 2007
LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 7, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30702 USA v. Bradford
    USDC No. 2:00-CR-198-1
             2:04-CV-1482

We received a notice of appeal filed on August 27, 2007. We believe this is a duplicate of the notice filed on July 16, 2007. We are not assigning a case number to this notice.

          Sincerely,

          CHARLES R. FULBRUGE III, Clerk

    By: _____
          Allison Lopez, Deputy Clerk
          504-310-7702

cc:  Mr Kennon Bradford
     Mr John Francis Murphy

CLK-1

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

September 4, 2007

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

APPEAL NO  07-30702

IN RE: USA V KENNON BRADFORD    CR   00-198   L

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

　__x__　1) Certified copy of the notice of appeal and docket entries.

　____　2) Certified copy of notice of a cross-appeal and docket entries.

　____　3) The Court of Appeals docket fee ___ HAS  ___ HAS NOT been paid.

　__x__　4) This case is proceeding in forma pauperis

　____　5) Order Appointing Counsel  ___ CJA-20  ___ FPD

　__x__　6) District Judge Entering the final judgment is Eldon E Fallon

　__x__　7) Court Reporter assigned to the case  Vic DiGiorgio and David Zarek

　____　8) If criminal case, number and names of other defendants on appeal ___

　____　9) This case was decided without a hearing; there will be no transcript.

　____　10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

　____　1) Electronic Copy of Record on appeal:

　　　___ Volume(s) of record    ___ Volume(s) of transcripts

　　　___ Volume(s) of depositions

　　　___ Container(s) of exhibits ___ envelope ___ Binder

　____　2) Supplemental record consisting of _____

　____　3) SEALED DOCUMENT _____

　____　4) Other: _____

Very truly yours,

By___Alicia Phelps___
Deputy Clerk

[Stamp: U.S. COURT OF APPEALS RECEIVED SEP 05 2007 NEW ORLEANS, LA]