U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   FEB 15 2008

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 07-30702
USDC No. 2:04-CV-1482
USDC No. 2:00-CR-198-1

U.S. COURT OF APPEALS
FILED
FEB 14 2008
CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA

          Plaintiff-Appellee

v.

KENNON BRADFORD

          Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Kennon Bradford, federal prisoner # 26436-034, seeks a certificate of appealability (COA) to appeal the district court's denial of his motion filed pursuant to FED. R. CIV. P. 60(b), in which he sought to challenge his sentence in light of *United States v. Booker*, 543 U.S. 220 (2005). The district court noted that Bradford's motion could be construed as an unauthorized successive 28 U.S.C. § 2255 motion but denied the motion on the finding that *Booker* is not retroactively applicable to cases on collateral review.

    To obtain a COA, Bradford must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard requires a showing that "reasonable jurists would find the district court's assessment of the

___ Fee_____
_X_ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No._____

No. 07-30702

constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484. Bradford has not met this standard. Accordingly, his motion for a COA is DENIED.

*Leslie H. Southwick*

LESLIE H. SOUTHWICK
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
         Deputy
New Orleans, Louisiana   FEB 1 4 2008