U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB 15 2008

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 14, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30702 USA v. Bradford
        USDC No. 2:00-CR-198-1
                2:04-CV-1482

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 3 ) Volumes    ( 2 ) Envelopes
                     (1-SEALED)

The electronic copy of the record has been recycled.

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                By: _____
                    Angelique D. Batiste, Deputy Clerk
                    504-310-7808

cc: w/encl:
    Mr Kennon Bradford
    Mr Stephen A Higginson

MDT-1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____