**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

*U.S. COURT OF APPEALS RECEIVED JUL 0 3 2008 NEW ORLEANS, LA*

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED JUL _ 9 2008 LORETTA G. WHYTE CLERK*

*William K. Suter Clerk of the Court (202) 479-3011*

June 23, 2008

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

*U.S. COURT OF APPEALS FILED JUL 0 8 2008 CHARLES R. FULBRUGE III CLERK*

Re: Kennon Bradford
    v. United States
    No. 07-11041
    (Your No. 07-30702)

CR 00-198-L

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 8, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30702 USA v. Bradford
       USDC No. 2:00-CR-198-1
                  2:04-CV-1482

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

      By: _____
                Charlene Vogelaar, Deputy Clerk
                504-310-7648

MDT-1